# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HARRIS, | |
|     Plaintiff, | 2:13-cv-01312-LDG-VCF |
| v. | |
| STATE OF NEVADA, | **ORDER** |
|     Defendants. | |

    This matter comes before the Court on the report issued on August 26, 2013, by Magistrate Judge Cam Ferenbach, recommending that this Court order the Clerk of the Court to file the complaint and dismiss the complaint.

    In the report, the magistrate judge ordered that the parties may file any objection to the findings and recommendation with the Clerk of the Court within fourteen days. No objections have been filed thus far. Furthermore, the Ninth Circuit has held that parties waive the right to appeal a factual issue from the order of the district court if it fails to file objections within the specified time or fails to properly address and brief the objectionable issues. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

    Here, the Court has reviewed the magistrate judge's conclusions and finds the recommendation to be sound.

    Accordingly, the Court HEREBY ORDERS that the magistrate judge's report and recommendation (#3) is ADOPTED, and the complaint is DISMISSED.

    DATED this ____ day of September, 2014.

                                                                                 Lloyd D. George
United States District Judge